IN THE CIRCUIT COURT OF LOWNDES COUNTY, MISSISSIPPI

STATE OF MISSISSIPPI                                                               PLAINTIFF

VS.                                           CASE ACTION NO.: 2016-0305-CR1C

CANYON S. BOYKIN                                        DEFENDANT

## ORDER TO ISSUE SUBPOENA DUCES TECUM

IT IS ORDERED that you are to produce and permit Defendant Canyon S. Boykin's counsel to obtain, within ten (10) days after service of the Subpoena Duces Tecum attached hereto as Exhibit "A," the Taser requested in Exhibit "A."

SO ORDERED, this the 1st day of November, 2016.

_____
Honorable Lee Coleman

Submitted by:

_____
Jeffery P. Reynolds, MSB No. 5305
Carson H. Thurman, MSB No. 104871
Jeffery P. Reynolds, P.A.
200 S. Lamar St., Ste. 1050-S (39201)
P.O. Box 24597
Jackson, MS 39225
(601) 355-7773 (Telephone)
(601) 355 6364 (Fax)

Jim Waide, MSB No. 6857
Rachel Pierce Wade, MSB No. 100420
WAIDE & ASSOCIATES, P.A.
332 North Spring Street
Tupelo, MS 38804
P.O. Box 1357

FILED
NOV 07 2016
Circuit Clerk

335
336-354

Tupelo, MS 38802
(662) 842-7324 (telephone)
(662) 842-8056 (fax)
waide@waidelaw.com

*Attorneys for the Defendant*



# IN THE CIRCUIT COURT OF LOWNDES COUNTY, MISSISSIPPI

**STATE OF MISSISSIPPI**                                              **PLAINTIFF**

VS.                                                   CASE ACTION NO.: 2016-0305-CR1C

**CANYON S. BOYKIN**                                                  **DEFENDANT**

## SUBPOENA DUCES TECUM

To:  City of Columbus Police Department
     1501 Main Street
     Columbus, MS 39701

You are ordered to produce and permit Defendant Canyon S. Boykin's counsel to temporarily obtain, within ten (10) days after service of this subpoena, the following:

1. The Taser Officer Canyon Boykin used on Ricky Ball the night of the shooting, particularly described in Exhibit "1" (MSAG0482-0496) as Model TASER X26, Serial No. X00-682744.

Such production is to take place where the Taser is regularly kept or at some other reasonable place designated by you. You are further advised that other parties to the action in which this subpoena has been issued have the right to be present at the time of such production. An expert witness for Officer Boykin needs temporary possession of the Taser for non-destructive testing and analysis of it.

However, you have the option to deliver the Taser to the office of JEFFERY P. REYNOLDS, P.A., 200 South Lamar Street, Suite 1050-S, Jackson, Mississippi, 39201. You may condition such activity on your part upon the payment in advance by JEFFERY P.

FILED
NOV 07 2016
Circuit Clerk

EXHIBIT A

REYNOLDS, P.A. of the reasonable actual cost of shipping the same, not including any hourly rate.

GIVEN under my hand and seal of said Court, at _____, in Lowndes County, Mississippi, this the ____ day of _____, 2016.

                                                 CIRCUIT COURT CLERK

                                                 By: _____

SEAL

Prepared by:

Jeffery P. Reynolds, MSB No. 5305
Carson H. Thurman, MSB No. 104871
Jeffery P. Reynolds, P.A.
200 South Lamar Street, Suite 1050-S
P.O. Box 24596
Jackson, MS 39225
(601) 355-7773 (Telephone)
(601) 355-6364 (Facsimile)
jeff@jprpa.com



FILED
NOV 0 7 2016
Circuit Clerk

2

# OFFICER CANYON BOYKIN
## CITY ISSUED TASER



FILED
NOV 0 7 2016
Jeupa Barksdale
Circuit Clerk



EXHIBIT
1

MSAG0482



# TASER
PROTECT LIFE

# EVIDENCE SYNC

**TASER Information**
Serial: X00-682744
Model: TASER X26
Firmware Version: Rev. 22
Application Version: 3.13.4

Offline Report
Local Timezone: Central Daylight Time (UTC -05:00)
Generated On: 26 Oct 2015 11:34:03

FILED
NOV 0 7 2016

Jenoa Barksdale
Circuit Clerk

## Device (X26)

| Seq # | Local Time [DD/MM/YYYY hh:mm:ss] | Event [EventType] | Duration [Seconds] | Temp [Degrees Celsius] | Batt Remaining [%] |
|---|---|---|---|---|---|
| 1 | Invalid Date/Time | Trigger | 1 | 25 | 47 |
| 2 | 17 Oct 2013 04:45:58 | Trigger | 1 | 25 | 46 |
| 3 | 17 Oct 2013 04:45:59 | Trigger | 1 | 25 | 46 |
| 4 | 17 Oct 2013 04:56:36 | Trigger | 2 | 27 | 46 |
| 5 | 22 Oct 2013 04:25:51 | Trigger | 1 | 25 | 46 |
| 6 | 22 Oct 2013 04:25:51 | Trigger | 1 | 25 | 46 |
| 7 | 22 Oct 2013 04:25:52 | Trigger | 1 | 25 | 46 |
| 8 | 22 Oct 2013 04:25:53 | Trigger | 1 | 25 | 45 |
| 9 | 22 Oct 2013 04:25:54 | Trigger | 1 | 25 | 45 |
| 10 | 22 Oct 2013 04:25:54 | Trigger | 1 | 25 | 45 |
| 11 | 22 Oct 2013 04:25:55 | Trigger | 1 | 25 | 45 |
| 12 | 22 Oct 2013 04:25:55 | Trigger | 1 | 25 | 45 |
| 13 | 22 Oct 2013 04:25:56 | Trigger | 1 | 25 | 45 |
| 14 | 22 Oct 2013 04:25:56 | Trigger | 1 | 25 | 45 |
| 15 | 22 Oct 2013 04:25:57 | Trigger | 1 | 25 | 45 |
| 16 | 22 Oct 2013 04:25:58 | Trigger | 1 | 25 | 45 |
| 17 | 25 Oct 2013 17:10:28 | Trigger | 1 | 28 | 45 |
| 18 | 26 Oct 2013 17:26:03 | Trigger | 1 | 28 | 45 |
| 19 | 27 Oct 2013 17:36:43 | Trigger | 1 | 25 | 44 |
| 20 | 27 Oct 2013 21:08:51 | Trigger | 2 | 26 | 44 |
| 21 | 27 Oct 2013 21:09:03 | Trigger | 2 | 26 | 44 |
| 22 | 27 Oct 2013 21:09:11 | Trigger | 2 | 26 | 44 |
| 23 | 27 Oct 2013 21:09:17 | Trigger | 2 | 27 | 44 |
| 24 | 31 Oct 2013 18:41:51 | Trigger | 1 | 25 | 44 |
| 25 | 31 Oct 2013 19:40:26 | Trigger | 1 | 25 | 43 |
| 26 | 02 Nov 2013 16:42:11 | Trigger | 2 | 24 | 43 |
| 27 | 02 Nov 2013 16:42:24 | Trigger | 2 | 24 | 43 |
| 28 | 05 Nov 2013 00:30:43 | Trigger | 1 | 26 | 43 |
| 29 | 05 Nov 2013 06:36:44 | Trigger | 1 | 23 | 43 |
| 30 | 05 Nov 2013 14:42:44 | Trigger | 2 | 23 | 43 |
| 31 | 08 Nov 2013 17:29:01 | Trigger | 5 | 25 | 42 |

Page 1 of 14

MSAG0483

| Seq # | Local Time [DD/MM/YYYY hh:mm:ss] | Event [Event Type] | Duration [Seconds] | Temp [Degrees Celsius] | Batt Remaining [%] |
|---|---|---|---|---|---|
| 32 | 09 Nov 2013 17:32:19 | Trigger | 4 | 23 | 42 |
| 33 | 11 Nov 2013 04:14:54 | Trigger | 1 | 25 | 41 |
| 34 | 11 Nov 2013 18:25:20 | Trigger | 5 | 24 | 41 |
| 35 | 11 Nov 2013 18:25:26 | Trigger | 5 | 24 | 41 |
| 36 | 11 Nov 2013 18:25:31 | Trigger | 5 | 25 | 41 |
| 37 | 11 Nov 2013 18:25:38 | Trigger | 6 | 25 | 40 |
| 38 | 11 Nov 2013 18:25:51 | Trigger | 13 | 28 | 40 |
| 39 | 11 Nov 2013 18:25:59 | Trigger | 5 | 28 | 39 |
| 40 | 11 Nov 2013 18:26:01 | Trigger | 1 | 28 | 38 |
| 41 | 11 Nov 2013 18:26:02 | Trigger | 1 | 29 | 38 |
| 42 | 11 Nov 2013 18:26:03 | Trigger | 1 | 28 | 38 |
| 43 | 11 Nov 2013 18:26:04 | Trigger | 1 | 29 | 38 |
| 44 | 11 Nov 2013 18:26:04 | Trigger | 1 | 29 | 38 |
| 45 | 11 Nov 2013 18:26:06 | Trigger | 1 | 29 | 38 |
| 46 | 11 Nov 2013 18:26:07 | Trigger | 1 | 29 | 38 |
| 47 | 11 Nov 2013 18:26:09 | Trigger | 1 | 29 | 38 |
| 48 | 11 Nov 2013 18:26:10 | Trigger | 1 | 29 | 38 |
| 49 | 11 Nov 2013 18:26:11 | Trigger | 1 | 29 | 38 |
| 50 | 11 Nov 2013 18:26:12 | Trigger | 1 | 29 | 38 |
| 51 | 11 Nov 2013 18:26:12 | Trigger | 1 | 29 | 38 |
| 52 | 11 Nov 2013 18:26:13 | Trigger | 1 | 29 | 37 |
| 53 | 11 Nov 2013 18:26:14 | Trigger | 1 | 29 | 37 |
| 54 | 11 Nov 2013 18:26:14 | Trigger | 1 | 29 | 37 |
| 55 | 11 Nov 2013 18:26:15 | Trigger | 1 | 29 | 37 |
| 56 | 11 Nov 2013 18:26:15 | Trigger | 1 | 29 | 37 |
| 57 | 11 Nov 2013 18:26:16 | Trigger | 1 | 29 | 37 |
| 58 | 11 Nov 2013 18:26:18 | Trigger | 1 | 30 | 37 |
| 59 | 11 Nov 2013 18:26:19 | Trigger | 1 | 29 | 37 |
| 60 | 11 Nov 2013 18:26:25 | Trigger | 1 | 29 | 37 |
| 61 | 11 Nov 2013 18:26:25 | Trigger | 1 | 30 | 37 |
| 62 | 11 Nov 2013 18:26:34 | Trigger | 1 | 29 | 37 |
| 63 | 11 Nov 2013 18:26:38 | Trigger | 1 | 29 | 37 |
| 64 | 11 Nov 2013 18:26:39 | Trigger | 1 | 30 | 37 |
| 65 | 11 Nov 2013 18:26:40 | Trigger | 1 | 29 | 36 |
| 66 | 11 Nov 2013 18:26:41 | Trigger | 1 | 30 | 36 |
| 67 | 11 Nov 2013 18:26:42 | Trigger | 1 | 30 | 36 |
| 68 | 11 Nov 2013 18:26:43 | Trigger | 1 | 30 | 36 |
| 69 | 11 Nov 2013 18:26:45 | Trigger | 1 | 30 | 36 |
| 70 | 11 Nov 2013 18:26:46 | Trigger | 1 | 30 | 36 |
| 71 | 11 Nov 2013 18:26:47 | Trigger | 1 | 30 | 36 |
| 72 | 11 Nov 2013 18:26:47 | Trigger | 1 | 30 | 36 |
| 73 | 11 Nov 2013 18:26:48 | Trigger | 1 | 30 | 36 |
| 74 | 11 Nov 2013 18:26:50 | Trigger | 1 | 30 | 36 |
| 75 | 11 Nov 2013 18:26:52 | Trigger | 2 | 30 | 36 |
| 76 | 13 Nov 2013 03:06:21 | Trigger | 1 | 27 | 36 |

FILED NOV 0 7 2016
Circuit Clerk

Page 2 of 14
MSAG0484

| Seq # | Local Time [DD:MM:YYYY hh:mm:ss] | Event [Event Type] | Duration (Seconds) | Temp (Degrees Celsius) | Batt Remaining [%] |
|---|---|---|---|---|---|
| 77 | 14 Nov 2013 17:29:17 | Trigger | 1 | 28 | 35 |
| 78 | 17 Nov 2013 17:33:16 | Trigger | 2 | 25 | 35 |
| 79 | 18 Nov 2013 17:19:24 | Trigger | 1 | 24 | 35 |
| 80 | 18 Nov 2013 17:19:55 | Trigger | 1 | 24 | 35 |
| 81 | 18 Nov 2013 21:08:39 | Trigger | 1 | 29 | 35 |
| 82 | 22 Nov 2013 17:23:16 | Trigger | 5 | 28 | 33 |
| 83 | 22 Nov 2013 17:23:20 | Trigger | 1 | 28 | 33 |
| 84 | 22 Nov 2013 17:23:21 | Trigger | 1 | 28 | 33 |
| 85 | 22 Nov 2013 17:23:22 | Trigger | 1 | 28 | 33 |
| 86 | 22 Nov 2013 17:23:23 | Trigger | 1 | 28 | 33 |
| 87 | 22 Nov 2013 17:23:24 | Trigger | 1 | 29 | 33 |
| 88 | 22 Nov 2013 17:23:25 | Trigger | 1 | 28 | 33 |
| 89 | 22 Nov 2013 17:23:25 | Trigger | 1 | 29 | 32 |
| 90 | 22 Nov 2013 17:23:26 | Trigger | 1 | 29 | 32 |
| 91 | 22 Nov 2013 17:23:27 | Trigger | 1 | 29 | 32 |
| 92 | 22 Nov 2013 17:23:27 | Trigger | 1 | 29 | 32 |
| 93 | 22 Nov 2013 17:23:28 | Trigger | 1 | 29 | 32 |
| 94 | 22 Nov 2013 17:23:31 | Trigger | 1 | 29 | 32 |
| 95 | 22 Nov 2013 17:23:31 | Trigger | 1 | 29 | 32 |
| 96 | 22 Nov 2013 17:23:32 | Trigger | 1 | 29 | 32 |
| 97 | 22 Nov 2013 17:23:34 | Trigger | 1 | 29 | 32 |
| 98 | 22 Nov 2013 17:23:35 | Trigger | 1 | 29 | 32 |
| 99 | 22 Nov 2013 17:23:35 | Trigger | 1 | 29 | 32 |
| 100 | 22 Nov 2013 17:23:36 | Trigger | 1 | 29 | 32 |
| 101 | 22 Nov 2013 17:23:37 | Trigger | 1 | 29 | 32 |
| 102 | 22 Nov 2013 17:23:37 | Trigger | 1 | 29 | 31 |
| 103 | 22 Nov 2013 17:23:38 | Trigger | 1 | 29 | 31 |
| 104 | 22 Nov 2013 17:23:39 | Trigger | 1 | 29 | 31 |
| 105 | 22 Nov 2013 17:23:40 | Trigger | 1 | 29 | 31 |
| 106 | 22 Nov 2013 17:23:40 | Trigger | 1 | 29 | 31 |
| 107 | 22 Nov 2013 17:23:41 | Trigger | 1 | 29 | 31 |
| 108 | 22 Nov 2013 17:23:42 | Trigger | 1 | 29 | 31 |
| 109 | 22 Nov 2013 17:23:42 | Trigger | 1 | 30 | 31 |
| 110 | 22 Nov 2013 17:23:43 | Trigger | 1 | 30 | 31 |
| 111 | 24 Nov 2013 17:37:39 | Trigger | 2 | 21 | 30 |
| 112 | 24 Nov 2013 17:37:55 | Trigger | 1 | 21 | 30 |
| 113 | 28 Nov 2013 19:14:18 | Trigger | 1 | 25 | 30 |
| 114 | 28 Nov 2013 19:14:42 | Trigger | 1 | 25 | 30 |
| 115 | 28 Nov 2013 19:14:45 | Trigger | 1 | 25 | 30 |
| 116 | 28 Nov 2013 19:14:59 | Trigger | 1 | 26 | 30 |
| 117 | 06 Dec 2013 18:22:18 | Trigger | 5 | 24 | 29 |
| 118 | 07 Dec 2013 19:36:35 | Trigger | 1 | 25 | 29 |
| 119 | 14 Dec 2013 13:44:23 | Trigger | 5 | 27 | 28 |
| 120 | 14 Dec 2013 13:44:31 | Trigger | 2 | 27 | 28 |
| 121 | 14 Dec 2013 13:44:34 | Trigger | 1 | 27 | 28 |

FILED NOV 0 7 2016
Jeupa Barksdale
Circuit Clerk

MSAG0485

| Seq # | Local Time (DD/MM/YYYY hh:mm:ss) | Event (Event Type) | Duration (Seconds) | Temp (Degrees Celsius) | Batt Remaining (%) |
|---|---|---|---|---|---|
| 122 | 14 Dec 2013 13:44:40 | Trigger | 2 | 28 | 28 |
| 123 | 14 Dec 2013 13:44:43 | Trigger | 1 | 28 | 28 |
| 124 | 14 Dec 2013 13:44:47 | Trigger | 1 | 28 | 28 |
| 125 | 14 Dec 2013 13:45:02 | Trigger | 1 | 28 | 27 |
| 126 | 14 Dec 2013 13:45:05 | Trigger | 1 | 28 | 27 |
| 127 | 14 Dec 2013 13:48:53 | Trigger | 5 | 28 | 27 |
| 128 | 15 Dec 2013 12:34:48 | Trigger | 2 | 28 | 27 |
| 129 | 15 Dec 2013 12:34:54 | Trigger | 1 | 28 | 27 |
| 130 | 15 Dec 2013 12:34:59 | Trigger | 1 | 28 | 27 |
| 131 | 15 Dec 2013 12:39:16 | Trigger | 1 | 28 | 26 |
| 132 | 15 Dec 2013 12:39:17 | Trigger | 1 | 28 | 26 |
| 133 | 15 Dec 2013 12:39:19 | Trigger | 1 | 28 | 26 |
| 134 | 15 Dec 2013 12:39:20 | Trigger | 1 | 28 | 26 |
| 135 | 15 Dec 2013 12:39:20 | Trigger | 1 | 28 | 26 |
| 136 | 15 Dec 2013 12:39:21 | Trigger | 1 | 28 | 26 |
| 137 | 15 Dec 2013 12:39:46 | Trigger | 1 | 28 | 26 |
| 138 | 15 Dec 2013 12:40:08 | Trigger | 1 | 28 | 26 |
| 139 | 15 Dec 2013 12:44:58 | Trigger | 5 | 28 | 26 |
| 140 | 15 Dec 2013 12:45:01 | Trigger | 3 | 29 | 25 |
| 141 | 15 Dec 2013 12:45:06 | Trigger | 1 | 29 | 25 |
| 142 | 15 Dec 2013 12:45:26 | Trigger | 4 | 30 | 25 |
| 143 | 15 Dec 2013 12:45:31 | Trigger | 2 | 30 | 25 |
| 144 | 15 Dec 2013 12:45:41 | Trigger | 2 | 30 | 25 |
| 145 | 15 Dec 2013 12:46:06 | Trigger | 1 | 30 | 24 |
| 146 | 15 Dec 2013 12:46:16 | Trigger | 1 | 30 | 24 |
| 147 | 15 Dec 2013 12:46:32 | Trigger | 1 | 30 | 24 |
| 148 | 15 Dec 2013 12:46:34 | Trigger | 1 | 30 | 24 |
| 149 | 15 Dec 2013 12:46:35 | Trigger | 1 | 30 | 24 |
| 150 | 15 Dec 2013 12:46:37 | Trigger | 1 | 30 | 24 |
| 151 | 15 Dec 2013 12:46:38 | Trigger | 1 | 30 | 24 |
| 152 | 15 Dec 2013 12:46:39 | Trigger | 1 | 30 | 24 |
| 153 | 15 Dec 2013 12:46:40 | Trigger | 1 | 30 | 24 |
| 154 | 15 Dec 2013 12:46:41 | Trigger | 1 | 30 | 24 |
| 155 | 15 Dec 2013 12:46:42 | Trigger | 1 | 30 | 24 |
| 156 | 15 Dec 2013 12:46:46 | Trigger | 1 | 30 | 24 |
| 157 | 15 Dec 2013 12:46:47 | Trigger | 1 | 30 | 24 |
| 158 | 15 Dec 2013 12:46:47 | Trigger | 1 | 30 | 23 |
| 159 | 15 Dec 2013 12:46:48 | Trigger | 1 | 30 | 23 |
| 160 | 15 Dec 2013 12:46:50 | Trigger | 1 | 30 | 23 |
| 161 | 15 Dec 2013 12:46:51 | Trigger | 1 | 31 | 23 |
| 162 | 15 Dec 2013 12:46:52 | Trigger | 1 | 31 | 23 |
| 163 | 15 Dec 2013 12:46:53 | Trigger | 1 | 31 | 23 |
| 164 | 15 Dec 2013 12:46:54 | Trigger | 1 | 31 | |
| 165 | 15 Dec 2013 12:46:55 | Trigger | 1 | 31 | |
| 166 | 15 Dec 2013 12:46:58 | Trigger | 1 | 31 | |

| Seq # | Local Time [DD:MM:YYYY hh:mm:ss] | Event [Event Type] | Duration [Seconds] | Temp [Degrees Celcius] | Batt Remaining [%] |
|---|---|---|---|---|---|
| 167 | 15 Dec 2013 12:47:00 | Trigger | 1 | 31 | 23 |
| 168 | 17 Dec 2013 16:30:49 | Trigger | 2 | 27 | 23 |
| 169 | 19 Dec 2013 13:29:02 | Trigger | 1 | 24 | 23 |
| 170 | 20 Dec 2013 20:56:16 | Trigger | 5 | 25 | 22 |
| 171 | 23 Dec 2013 15:43:34 | Trigger | 5 | 27 | 95 |
| 172 | 23 Dec 2013 15:43:39 | Trigger | 1 | 27 | 94 |
| 173 | 23 Dec 2013 15:43:45 | Trigger | 4 | 27 | 94 |
| 174 | 25 Dec 2013 18:24:06 | Trigger | 5 | 26 | 94 |
| 175 | 26 Dec 2013 17:37:18 | Trigger | 1 | 23 | 93 |
| 176 | 28 Dec 2013 16:46:12 | Trigger | 1 | 28 | 93 |
| 177 | 28 Dec 2013 16:46:25 | Trigger | 1 | 28 | 93 |
| 178 | 28 Dec 2013 16:46:31 | Trigger | 1 | 29 | 93 |
| 179 | 28 Dec 2013 16:46:33 | Trigger | 1 | 29 | 93 |
| 180 | 28 Dec 2013 16:46:34 | Trigger | 1 | 29 | 93 |
| 181 | 28 Dec 2013 16:46:35 | Trigger | 1 | 29 | 93 |
| 182 | 28 Dec 2013 16:46:35 | Trigger | 1 | 29 | 93 |
| 183 | 28 Dec 2013 16:46:36 | Trigger | 1 | 29 | 93 |
| 184 | 28 Dec 2013 16:46:37 | Trigger | 1 | 29 | 93 |
| 185 | 28 Dec 2013 16:46:38 | Trigger | 1 | 29 | 93 |
| 186 | 28 Dec 2013 16:46:39 | Trigger | 1 | 29 | 92 |
| 187 | 28 Dec 2013 16:46:40 | Trigger | 1 | 29 | 92 |
| 188 | 28 Dec 2013 16:46:40 | Trigger | 1 | 29 | 92 |
| 189 | 28 Dec 2013 16:46:41 | Trigger | 1 | 29 | 92 |
| 190 | 28 Dec 2013 16:46:42 | Trigger | 1 | 29 | 92 |
| 191 | 28 Dec 2013 16:46:42 | Trigger | 1 | 29 | 92 |
| 192 | 28 Dec 2013 16:46:43 | Trigger | 1 | 29 | 92 |
| 193 | 28 Dec 2013 16:46:53 | Trigger | 1 | 29 | 92 |
| 194 | 28 Dec 2013 16:47:00 | Trigger | 1 | 30 | 92 |
| 195 | 03 Jan 2014 17:28:28 | Trigger | 2 | 25 | 92 |
| 196 | 04 Jan 2014 17:42:28 | Trigger | 1 | 19 | 91 |
| 197 | 19 Jan 2014 21:47:11 | Trigger | 1 | 22 | 90 |
| 198 | 19 Jan 2014 21:47:18 | Trigger | 5 | 22 | 90 |
| 199 | 19 Jan 2014 21:47:22 | Trigger | 4 | 23 | 90 |
| 200 | 23 Jan 2014 12:43:16 | Trigger | 1 | 21 | 90 |
| 201 | 23 Jan 2014 12:43:22 | Trigger | 1 | 22 | 89 |
| 202 | 25 Jan 2014 19:08:50 | Trigger | 3 | 21 | 89 |
| 203 | 25 Jan 2014 19:09:38 | Trigger | 5 | 22 | 89 |
| 204 | 25 Jan 2014 19:09:49 | Trigger | 1 | 23 | 89 |
| 205 | 25 Jan 2014 19:10:07 | Trigger | 4 | 24 | 89 |
| 206 | 25 Jan 2014 19:10:10 | Trigger | 2 | 24 | 88 |
| 207 | 28 Jan 2014 05:37:07 | Trigger | 1 | 23 | 88 |
| 208 | 28 Jan 2014 18:23:12 | Trigger | 1 | 19 | 88 |
| 209 | 28 Jan 2014 18:23:16 | Trigger | 2 | 20 | 88 |
| 210 | 28 Jan 2014 18:23:21 | Trigger | 2 | 20 | 88 |
| 211 | 07 Feb 2014 01:07:23 | Trigger | 2 | 21 | 86 |

FILED NOV 07 2016 Joyce Barksdale Circuit Clerk

| Seq # | Local Time (DD:MM:YYYY hh:mm:ss) | Event (Event Type) | Duration (Seconds) | Temp (Degrees Celcius) | Batt Remaining (%) |
|---|---|---|---|---|---|
| 212 | 07 Feb 2014 01:07:36 | Trigger | 1 | 23 | 86 |
| 213 | 07 Feb 2014 01:07:54 | Trigger | 1 | 23 | 86 |
| 214 | 10 Feb 2014 10:53:16 | Trigger | 1 | 24 | 86 |
| 215 | 10 Feb 2014 10:53:18 | Trigger | 1 | 24 | 86 |
| 216 | 17 Feb 2014 21:03:59 | Trigger | 5 | 23 | 85 |
| 217 | 17 Feb 2014 21:04:06 | Trigger | 5 | 24 | 85 |
| 218 | 17 Feb 2014 21:04:16 | Trigger | 2 | 24 | 85 |
| 219 | 17 Feb 2014 21:04:46 | Trigger | 5 | 25 | 84 |
| 220 | 17 Feb 2014 21:04:48 | Trigger | 2 | 25 | 84 |
| 221 | 17 Feb 2014 21:04:55 | Trigger | 5 | 25 | 84 |
| 222 | 17 Feb 2014 21:05:30 | Trigger | 1 | 27 | 83 |
| 223 | 17 Feb 2014 21:05:32 | Trigger | 1 | 27 | 83 |
| 224 | 17 Feb 2014 21:05:33 | Trigger | 1 | 27 | 83 |
| 225 | 17 Feb 2014 21:05:35 | Trigger | 3 | 27 | 83 |
| 226 | 17 Feb 2014 21:05:49 | Trigger | 1 | 27 | 83 |
| 227 | 17 Feb 2014 21:05:50 | Trigger | 1 | 27 | 83 |
| 228 | 17 Feb 2014 21:05:51 | Trigger | 1 | 27 | 83 |
| 229 | 17 Feb 2014 21:05:52 | Trigger | 1 | 27 | 83 |
| 230 | 17 Feb 2014 21:05:53 | Trigger | 1 | 27 | 83 |
| 231 | 17 Feb 2014 21:05:54 | Trigger | 1 | 27 | 83 |
| 232 | 17 Feb 2014 21:05:55 | Trigger | 1 | 27 | 82 |
| 233 | 17 Feb 2014 21:05:56 | Trigger | 1 | 27 | 82 |
| 234 | 17 Feb 2014 21:05:58 | Trigger | 2 | 28 | 82 |
| 235 | 17 Feb 2014 21:06:02 | Trigger | 2 | 28 | 82 |
| 236 | 17 Feb 2014 21:06:03 | Trigger | 1 | 28 | 82 |
| 237 | 17 Feb 2014 21:06:04 | Trigger | 1 | 28 | 82 |
| 238 | 17 Feb 2014 21:06:09 | Trigger | 1 | 28 | 82 |
| 239 | 17 Feb 2014 21:06:12 | Trigger | 1 | 28 | 82 |
| 240 | 17 Feb 2014 22:34:45 | Trigger | 4 | 23 | 82 |
| 241 | 17 Feb 2014 23:51:57 | Trigger | 1 | 23 | 81 |
| 242 | 17 Feb 2014 23:52:00 | Trigger | 1 | 23 | 81 |
| 243 | 17 Feb 2014 23:52:11 | Trigger | 1 | 24 | 81 |
| 244 | 21 Feb 2014 22:37:48 | Trigger | 2 | 23 | 81 |
| 245 | 10 Mar 2014 06:34:51 | Trigger | 1 | 22 | 81 |
| 246 | 11 Mar 2014 08:24:06 | Trigger | 3 | 30 | 80 |
| 247 | 15 Mar 2014 10:10:34 | Trigger | 5 | 28 | 80 |
| 248 | 16 Mar 2014 16:34:21 | Trigger | 1 | 28 | 79 |
| 249 | 19 Mar 2014 12:35:09 | Trigger | 1 | 24 | 79 |
| 250 | 19 Mar 2014 12:49:44 | Trigger | 1 | 25 | 79 |
| 251 | 29 Mar 2014 11:57:49 | Trigger | 5 | 32 | 74 |
| 252 | 29 Mar 2014 11:58:06 | Trigger | 1 | 32 | 74 |
| 253 | 29 Mar 2014 11:58:07 | Trigger | 1 | 32 | 74 |
| 254 | 29 Mar 2014 11:58:08 | Trigger | 1 | 32 | 74 |
| 255 | 29 Mar 2014 11:58:09 | Trigger | 1 | 32 | 74 |
| 256 | 29 Mar 2014 11:58:09 | Trigger | 1 | 32 | 74 |

FILED NOV 0 7 2016 Jasper Barksdale Circuit Clerk

MSAG0488

| Seq # | Local Time (DD:MM:YYYY hh:mm:ss) | Event [Event Type] | Duration [Seconds] | Temp [Degrees Celsius] | Batt Remaining [%] |
|---|---|---|---|---|---|
| 257 | 29 Mar 2014 11:58:10 | Trigger | 1 | 32 | 74 |
| 258 | 29 Mar 2014 11:58:16 | Trigger | 1 | 32 | 74 |
| 259 | 29 Mar 2014 11:58:17 | Trigger | 1 | 32 | 74 |
| 260 | 31 Mar 2014 23:45:18 | Trigger | 5 | 29 | 73 |
| 261 | 31 Mar 2014 23:45:32 | Trigger | 5 | 29 | 73 |
| 262 | 31 Mar 2014 23:46:04 | Trigger | 6 | 30 | 72 |
| 263 | 31 Mar 2014 23:46:15 | Trigger | 10 | 30 | 72 |
| 264 | 31 Mar 2014 23:52:16 | Trigger | 5 | 27 | 71 |
| 265 | 31 Mar 2014 23:52:24 | Trigger | 5 | 28 | 71 |
| 266 | 31 Mar 2014 23:52:33 | Trigger | 5 | 28 | 70 |
| 267 | 31 Mar 2014 23:52:35 | Trigger | 2 | 28 | 70 |
| 268 | 31 Mar 2014 23:52:42 | Trigger | 1 | 28 | 70 |
| 269 | 31 Mar 2014 23:52:50 | Trigger | 5 | 28 | 70 |
| 270 | 31 Mar 2014 23:52:58 | Trigger | 5 | 29 | 69 |
| 271 | 31 Mar 2014 23:53:10 | Trigger | 8 | 30 | 69 |
| 272 | 31 Mar 2014 23:53:31 | Trigger | 5 | 30 | 68 |
| 273 | 31 Mar 2014 23:53:37 | Trigger | 5 | 30 | 68 |
| 274 | 31 Mar 2014 23:53:43 | Trigger | 5 | 30 | 67 |
| 275 | 31 Mar 2014 23:53:44 | Trigger | 1 | 30 | 67 |
| 276 | 04 Apr 2014 20:23:38 | Trigger | 4 | 25 | 65 |
| 277 | 04 Apr 2014 20:23:47 | Trigger | 5 | 25 | 64 |
| 278 | 04 Apr 2014 20:23:55 | Trigger | 4 | 25 | 64 |
| 279 | 04 Apr 2014 20:24:06 | Trigger | 4 | 26 | 64 |
| 280 | 07 Apr 2014 17:23:23 | Trigger | 6 | 23 | 57 |
| 281 | 12 Apr 2014 19:24:25 | Trigger | 2 | 28 | 56 |
| 282 | 12 Apr 2014 19:25:00 | Trigger | 1 | 28 | 56 |
| 283 | 25 Apr 2014 18:49:58 | Trigger | 1 | 29 | 56 |
| 284 | 25 Apr 2014 18:50:04 | Trigger | 2 | 30 | 56 |
| 285 | 25 Apr 2014 18:50:16 | Trigger | 1 | 30 | 56 |
| 286 | 25 Apr 2014 18:50:23 | Trigger | 1 | 30 | 56 |
| 287 | 25 Apr 2014 18:50:24 | Trigger | 1 | 30 | 56 |
| 288 | 25 Apr 2014 18:50:25 | Trigger | 1 | 30 | 55 |
| 289 | 25 Apr 2014 18:50:27 | Trigger | 1 | 30 | 55 |
| 290 | 25 Apr 2014 18:50:27 | Trigger | 1 | 30 | 55 |
| 291 | 25 Apr 2014 18:50:28 | Trigger | 1 | 30 | 55 |
| 292 | 25 Apr 2014 18:50:29 | Trigger | 1 | 30 | 55 |
| 293 | 25 Apr 2014 18:50:30 | Trigger | 1 | 30 | 55 |
| 294 | 25 Apr 2014 18:50:31 | Trigger | 1 | 30 | 55 |
| 295 | 25 Apr 2014 18:50:32 | Trigger | 1 | 30 | 55 |
| 296 | 25 Apr 2014 18:50:33 | Trigger | 1 | 30 | 55 |
| 297 | 25 Apr 2014 18:50:34 | Trigger | 1 | 30 | 55 |
| 298 | 25 Apr 2014 18:50:34 | Trigger | 1 | 30 | 55 |
| 299 | 25 Apr 2014 18:50:36 | Trigger | 1 | 30 | 55 |
| 300 | 25 Apr 2014 18:50:37 | Trigger | 1 | 30 | 55 |
| 301 | 25 Apr 2014 18:50:38 | Trigger | 1 | 31 | 54 |

FILED
NOV 07 2016
Jenna Barksdale
Circuit Clerk

| Seq # | Local Time (DD/MM/YYYY hh:mm:ss) | Event (EventType) | Duration (Seconds) | Temp (Degrees Celcius) | Batt Remaining (%) |
|---|---|---|---|---|---|
| 302 | 25 Apr 2014 18:50:39 | Trigger | 1 | 30 | 54 |
| 303 | 25 Apr 2014 18:50:39 | Trigger | 1 | 30 | 54 |
| 304 | 25 Apr 2014 18:50:40 | Trigger | 1 | 30 | 54 |
| 305 | 25 Apr 2014 18:50:41 | Trigger | 1 | 30 | 54 |
| 306 | 25 Apr 2014 18:50:42 | Trigger | 1 | 30 | 54 |
| 307 | 25 Apr 2014 18:50:42 | Trigger | 1 | 31 | 54 |
| 308 | 25 Apr 2014 18:50:43 | Trigger | 1 | 31 | 54 |
| 309 | 25 Apr 2014 18:50:44 | Trigger | 1 | 31 | 54 |
| 310 | 25 Apr 2014 18:50:45 | Trigger | 1 | 31 | 54 |
| 311 | 25 Apr 2014 18:50:46 | Trigger | 1 | 31 | 54 |
| 312 | 25 Apr 2014 18:50:46 | Trigger | 1 | 31 | 54 |
| 313 | 25 Apr 2014 18:50:47 | Trigger | 1 | 31 | 54 |
| 314 | 25 Apr 2014 18:50:47 | Trigger | 1 | 31 | 54 |
| 315 | 25 Apr 2014 18:50:49 | Trigger | 1 | 31 | 53 |
| 316 | 25 Apr 2014 18:50:49 | Trigger | 1 | 31 | 53 |
| 317 | 25 Apr 2014 18:50:50 | Trigger | 1 | 31 | 53 |
| 318 | 25 Apr 2014 18:50:54 | Trigger | 1 | 31 | 53 |
| 319 | 25 Apr 2014 18:50:55 | Trigger | 1 | 31 | 53 |
| 320 | 25 Apr 2014 18:50:58 | Trigger | 1 | 31 | 53 |
| 321 | 25 Apr 2014 18:50:59 | Trigger | 1 | 31 | 53 |
| 322 | 25 Apr 2014 18:51:00 | Trigger | 1 | 31 | 53 |
| 323 | 25 Apr 2014 18:51:03 | Trigger | 1 | 31 | 53 |
| 324 | 25 Apr 2014 18:51:04 | Trigger | 1 | 32 | 53 |
| 325 | 25 Apr 2014 18:51:05 | Trigger | 1 | 32 | 53 |
| 326 | 25 Apr 2014 18:51:07 | Trigger | 1 | 31 | 53 |
| 327 | 25 Apr 2014 18:51:07 | Trigger | 1 | 32 | 53 |
| 328 | 25 Apr 2014 18:51:09 | Trigger | 1 | 32 | 52 |
| 329 | 25 Apr 2014 18:51:09 | Trigger | 1 | 32 | 52 |
| 330 | 25 Apr 2014 18:51:10 | Trigger | 1 | 32 | 52 |
| 331 | 25 Apr 2014 18:51:11 | Trigger | 1 | 31 | 52 |
| 332 | 25 Apr 2014 18:51:12 | Trigger | 1 | 32 | 52 |
| 333 | 25 Apr 2014 18:51:13 | Trigger | 1 | 32 | 52 |
| 334 | 25 Apr 2014 18:51:13 | Trigger | 1 | 32 | 52 |
| 335 | 25 Apr 2014 18:51:14 | Trigger | 1 | 32 | 52 |
| 336 | 25 Apr 2014 18:51:15 | Trigger | 1 | 32 | 52 |
| 337 | 25 Apr 2014 18:51:17 | Trigger | 1 | 32 | 52 |
| 338 | 25 Apr 2014 18:51:18 | Trigger | 1 | 32 | 52 |
| 339 | 25 Apr 2014 18:51:19 | Trigger | 1 | 32 | 52 |
| 340 | 25 Apr 2014 18:51:19 | Trigger | 1 | 32 | 52 |
| 341 | 25 Apr 2014 18:51:20 | Trigger | 1 | 32 | 52 |
| 342 | 25 Apr 2014 18:51:21 | Trigger | 1 | 32 | 51 |
| 343 | 25 Apr 2014 18:51:22 | Trigger | 1 | 32 | 51 |
| 344 | 25 Apr 2014 18:51:23 | Trigger | 1 | 32 | |
| 345 | 25 Apr 2014 18:51:24 | Trigger | 1 | 32 | |
| 346 | 25 Apr 2014 18:51:25 | Trigger | 1 | 32 | |

FILED
NOV 0 7 2016
Jenna Barksdale
Circuit Clerk

MSAG0490

| Seq # | Local Time [DD/MM/YYYY hh:mm:ss] | Event [EventType] | Duration [Seconds] | Temp [Degrees Celcius] | Batt Remaining [%] |
|---|---|---|---|---|---|
| 347 | 25 Apr 2014 18:51:27 | Trigger | 1 | 32 | 51 |
| 348 | 25 Apr 2014 18:51:28 | Trigger | 1 | 32 | 51 |
| 349 | 25 Apr 2014 18:51:28 | Trigger | 1 | 32 | 51 |
| 350 | 25 Apr 2014 18:51:29 | Trigger | 1 | 32 | 51 |
| 351 | 25 Apr 2014 18:51:30 | Trigger | 1 | 32 | 51 |
| 352 | 25 Apr 2014 18:51:31 | Trigger | 1 | 32 | 51 |
| 353 | 25 Apr 2014 18:51:32 | Trigger | 1 | 32 | 51 |
| 354 | 25 Apr 2014 18:51:32 | Trigger | 1 | 32 | 51 |
| 355 | 25 Apr 2014 18:51:33 | Trigger | 1 | 32 | 51 |
| 356 | 25 Apr 2014 18:51:34 | Trigger | 1 | 32 | 50 |
| 357 | 25 Apr 2014 18:51:35 | Trigger | 1 | 32 | 50 |
| 358 | 25 Apr 2014 18:51:36 | Trigger | 1 | 32 | 50 |
| 359 | 25 Apr 2014 18:51:37 | Trigger | 1 | 32 | 50 |
| 360 | 25 Apr 2014 18:51:38 | Trigger | 1 | 32 | 50 |
| 361 | 25 Apr 2014 18:51:38 | Trigger | 1 | 32 | 50 |
| 362 | 25 Apr 2014 18:51:39 | Trigger | 1 | 32 | 50 |
| 363 | 25 Apr 2014 18:51:40 | Trigger | 1 | 32 | 50 |
| 364 | 25 Apr 2014 18:51:46 | Trigger | 5 | 32 | 50 |
| 365 | 26 Apr 2014 09:31:11 | Trigger | 3 | 26 | 50 |
| 366 | 01 May 2014 00:34:21 | Trigger | 2 | 19 | 49 |
| 367 | 02 May 2014 13:34:43 | Trigger | 2 | 25 | 49 |
| 368 | 06 May 2014 00:58:06 | Trigger | 5 | 25 | 49 |
| 369 | 06 May 2014 00:58:14 | Trigger | 5 | 25 | 48 |
| 370 | 06 May 2014 00:58:36 | Trigger | 5 | 26 | 48 |
| 371 | 15 May 2014 00:34:13 | Trigger | 1 | 26 | 47 |
| 372 | 15 May 2014 00:36:36 | Trigger | 1 | 28 | 47 |
| 373 | 15 May 2014 18:13:48 | Trigger | 1 | 26 | 46 |
| 374 | 16 May 2014 02:16:21 | Trigger | 5 | 21 | 46 |
| 375 | 19 May 2014 18:28:05 | Trigger | 2 | 29 | 45 |
| 376 | 19 May 2014 22:31:40 | Trigger | 1 | 27 | 45 |
| 377 | 19 May 2014 22:31:54 | Trigger | 1 | 27 | 45 |
| 378 | 19 May 2014 22:31:58 | Trigger | 1 | 28 | 45 |
| 379 | 19 May 2014 22:32:00 | Trigger | 1 | 28 | 45 |
| 380 | 19 May 2014 22:32:02 | Trigger | 1 | 28 | 45 |
| 381 | 19 May 2014 22:32:03 | Trigger | 1 | 28 | 44 |
| 382 | 19 May 2014 22:32:04 | Trigger | 1 | 28 | 44 |
| 383 | 19 May 2014 22:32:05 | Trigger | 1 | 28 | 44 |
| 384 | 19 May 2014 22:32:06 | Trigger | 1 | 28 | 44 |
| 385 | 19 May 2014 22:32:07 | Trigger | 1 | 28 | 44 |
| 386 | 19 May 2014 22:32:09 | Trigger | 1 | 28 | 44 |
| 387 | 19 May 2014 22:32:10 | Trigger | 1 | 28 | 44 |
| 388 | 19 May 2014 22:32:10 | Trigger | 1 | 28 | 44 |
| 389 | 19 May 2014 22:32:11 | Trigger | 1 | 28 | 44 |
| 390 | 19 May 2014 22:32:11 | Trigger | 1 | 28 | |
| 391 | 19 May 2014 22:32:12 | Trigger | 1 | 28 | |

FILED
NOV 0 7 2016

Page 9 of 14
MSAG0491

| Seq # | Local Time [DD-MM-YYYY hh:mm:ss] | Event [Event Type] | Duration [Seconds] | Temp [Degrees Celsius] | Batt Remaining [%] |
|---|---|---|---|---|---|
| 392 | 19 May 2014 22:32:13 | Trigger | 1 | 28 | 44 |
| 393 | 19 May 2014 22:33:17 | Trigger | 5 | 29 | 43 |
| 394 | 19 May 2014 22:33:28 | Trigger | 2 | 30 | 43 |
| 395 | 19 May 2014 22:33:33 | Trigger | 1 | 30 | 43 |
| 396 | 20 May 2014 07:34:50 | Trigger | 1 | 23 | 43 |
| 397 | 22 May 2014 22:22:44 | Trigger | 1 | 27 | 43 |
| 398 | 22 May 2014 22:22:49 | Trigger | 1 | 27 | 42 |
| 399 | 22 May 2014 22:22:51 | Trigger | 1 | 27 | 42 |
| 400 | 22 May 2014 22:22:57 | Trigger | 5 | 27 | 42 |
| 401 | 22 May 2014 22:23:04 | Trigger | 5 | 27 | 42 |
| 402 | 22 May 2014 22:23:15 | Trigger | 2 | 28 | 41 |
| 403 | 22 May 2014 22:23:24 | Trigger | 3 | 28 | 41 |
| 404 | 22 May 2014 22:23:36 | Trigger | 1 | 28 | 41 |
| 405 | 22 May 2014 22:46:37 | Trigger | 1 | 26 | 41 |
| 406 | 22 May 2014 22:46:47 | Trigger | 1 | 26 | 41 |
| 407 | 22 May 2014 22:46:53 | Trigger | 5 | 27 | 41 |
| 408 | 22 May 2014 22:46:58 | Trigger | 2 | 27 | 40 |
| 409 | 23 May 2014 18:12:42 | Trigger | 1 | 32 | 40 |
| 410 | 17 Jun 2014 04:30:00 | Trigger | 5 | 28 | 39 |
| 411 | 20 Jun 2014 20:20:32 | Trigger | 5 | 27 | 38 |
| 412 | 21 Jun 2014 16:52:20 | Trigger | 1 | 23 | 38 |
| 413 | 04 Jul 2014 20:51:37 | Trigger | 4 | 27 | 37 |
| 414 | 10 Jul 2014 04:51:58 | Trigger | 1 | 27 | 34 |
| 415 | 10 Jul 2014 04:52:24 | Trigger | 1 | 28 | 34 |
| 416 | 10 Jul 2014 04:52:36 | Trigger | 1 | 27 | 34 |
| 417 | 15 Jul 2014 00:53:13 | Trigger | 1 | 27 | 34 |
| 418 | 15 Jul 2014 00:53:27 | Trigger | 1 | 28 | 34 |
| 419 | 15 Jul 2014 00:53:36 | Trigger | 2 | 28 | 34 |
| 420 | 20 Jul 2014 00:53:12 | Trigger | 1 | 26 | 32 |
| 421 | 22 Jul 2014 11:59:28 | Trigger | 2 | 29 | 32 |
| 422 | 22 Jul 2014 11:59:31 | Trigger | 1 | 29 | 31 |
| 423 | 22 Jul 2014 11:59:33 | Trigger | 1 | 29 | 31 |
| 424 | 22 Jul 2014 21:35:07 | Trigger | 1 | 26 | 31 |
| 425 | 27 Jul 2014 23:32:15 | Trigger | 1 | 31 | 31 |
| 426 | 27 Jul 2014 23:32:22 | Trigger | 1 | 31 | 31 |
| 427 | 27 Jul 2014 23:32:27 | Trigger | 1 | 31 | 31 |
| 428 | 27 Jul 2014 23:32:28 | Trigger | 1 | 31 | 31 |
| 429 | 27 Jul 2014 23:32:29 | Trigger | 1 | 31 | 31 |
| 430 | 27 Jul 2014 23:32:29 | Trigger | 1 | 31 | 31 |
| 431 | 27 Jul 2014 23:32:30 | Trigger | 1 | 31 | 31 |
| 432 | 27 Jul 2014 23:32:31 | Trigger | 1 | 31 | 31 |
| 433 | 27 Jul 2014 23:32:31 | Trigger | 1 | 31 | 30 |
| 434 | 27 Jul 2014 23:32:32 | Trigger | 1 | 31 | 30 |
| 435 | 27 Jul 2014 23:32:32 | Trigger | 1 | 31 | 30 |
| 436 | 27 Jul 2014 23:32:33 | Trigger | 1 | 31 | 30 |

| Seq # | Local Time (DD/MM/YYYY hh:mm:ss) | Event (Event Type) | Duration (Seconds) | Temp (Degrees Celsius) | Batt Remaining [%] |
|---|---|---|---|---|---|
| 437 | 27 Jul 2014 23:32:34 | Trigger | 1 | 31 | 30 |
| 438 | 27 Jul 2014 23:32:34 | Trigger | 1 | 31 | 30 |
| 439 | 27 Jul 2014 23:32:36 | Trigger | 1 | 31 | 30 |
| 440 | 27 Jul 2014 23:32:36 | Trigger | 1 | 31 | 30 |
| 441 | 27 Jul 2014 23:32:37 | Trigger | 1 | 31 | 30 |
| 442 | 27 Jul 2014 23:32:37 | Trigger | 1 | 31 | 30 |
| 443 | 18 Aug 2014 00:28:00 | Trigger | 5 | 30 | 27 |
| 444 | 20 Aug 2014 12:49:47 | Trigger | 1 | 32 | 27 |
| 445 | 20 Aug 2014 12:49:53 | Trigger | 4 | 32 | 27 |
| 446 | 25 Aug 2014 20:09:34 | Trigger | 1 | 28 | 26 |
| 447 | 25 Aug 2014 20:09:44 | Trigger | 1 | 28 | 26 |
| 448 | 25 Aug 2014 20:10:03 | Trigger | 1 | 28 | 26 |
| 449 | 25 Aug 2014 20:10:42 | Trigger | 5 | 30 | 26 |
| 450 | 09 Sep 2014 20:08:07 | Trigger | 5 | 31 | 25 |
| 451 | 09 Sep 2014 20:08:25 | Trigger | 9 | 32 | 24 |
| 452 | 12 Sep 2014 11:52:57 | Trigger | 1 | 26 | 24 |
| 453 | 17 Sep 2014 10:54:01 | Trigger | 1 | 27 | 23 |
| 454 | 17 Sep 2014 11:24:05 | Trigger | 3 | 26 | 96 |
| 455 | 23 Sep 2014 16:41:10 | Trigger | 1 | 28 | 95 |
| 456 | 28 Sep 2014 15:17:12 | Trigger | 5 | 29 | 95 |
| 457 | 28 Sep 2014 15:17:24 | Trigger | 2 | 29 | 94 |
| 458 | 10 Oct 2014 13:56:35 | Trigger | 1 | 24 | 93 |
| 459 | 16 Oct 2014 17:40:38 | Trigger | 1 | 28 | 93 |
| 460 | 20 Oct 2014 08:28:49 | Trigger | 5 | 29 | 92 |
| 461 | 25 Oct 2014 19:13:41 | Trigger | 1 | 28 | 91 |
| 462 | 18 Nov 2014 20:23:20 | Trigger | 1 | 26 | 85 |
| 463 | 18 Nov 2014 20:23:22 | Trigger | 1 | 26 | 85 |
| 464 | 18 Nov 2014 20:23:27 | Trigger | 5 | 27 | 85 |
| 465 | 21 Nov 2014 16:42:42 | Trigger | 1 | 26 | 84 |
| 466 | 21 Nov 2014 16:42:43 | Trigger | 1 | 26 | 84 |
| 467 | 23 Nov 2014 10:51:16 | Trigger | 1 | 26 | 84 |
| 468 | 23 Nov 2014 13:09:35 | Trigger | 1 | 33 | 84 |
| 469 | 23 Nov 2014 13:09:45 | Trigger | 1 | 34 | 84 |
| 470 | 23 Nov 2014 13:46:18 | Trigger | 1 | 32 | 84 |
| 471 | 26 Nov 2014 07:47:57 | Trigger | 5 | 28 | 84 |
| 472 | 26 Nov 2014 07:48:07 | Trigger | 5 | 29 | 83 |
| 473 | 27 Nov 2014 15:33:19 | Trigger | 1 | 20 | 83 |
| 474 | 05 Dec 2014 07:10:41 | Trigger | 5 | 21 | 82 |
| 475 | 05 Dec 2014 18:57:43 | Trigger | 5 | 26 | 82 |
| 476 | 11 Dec 2014 17:40:14 | Trigger | 1 | 22 | 81 |
| 477 | 13 Dec 2014 15:24:42 | Trigger | 1 | 26 | 81 |
| 478 | 13 Jan 2015 22:35:06 | Trigger | 5 | 25 | 81 |
| 479 | 21 Jan 2015 23:34:29 | Trigger | 1 | 23 | 80 |
| 480 | 02 Feb 2015 15:58:20 | Trigger | 4 | 23 | 79 |
| 481 | 02 Feb 2015 15:58:28 | Trigger | 5 | 23 | 79 |

MSAG0493

NOV 0 7 2016

Circuit Clerk

| Seq # | Local Time (DD:MM:YYYY hh:mm:ss) | Event (Event Type) | Duration (Seconds) | Temp (Degrees Celsius) | Batt Remaining (%) |
|---|---|---|---|---|---|
| 482 | 02 Feb 2015 15:58:30 | Trigger | 1 | 23 | 79 |
| 483 | 02 Feb 2015 17:53:51 | Trigger | 2 | 22 | 78 |
| 484 | 02 Feb 2015 17:54:01 | Trigger | 5 | 23 | 78 |
| 485 | 23 Feb 2015 16:30:33 | Trigger | 2 | 19 | 76 |
| 486 | 01 Mar 2015 00:36:58 | Trigger | 2 | 25 | 76 |
| 487 | 01 Mar 2015 00:37:02 | Trigger | 1 | 25 | 76 |
| 488 | 01 Mar 2015 00:37:12 | Trigger | 2 | 25 | 76 |
| 489 | 01 Mar 2015 00:37:24 | Trigger | 5 | 26 | 76 |
| 490 | 01 Mar 2015 04:50:56 | Trigger | 1 | 25 | 75 |
| 491 | 04 Mar 2015 19:38:22 | Trigger | 1 | 25 | 75 |
| 492 | 04 Mar 2015 19:38:52 | Trigger | 2 | 26 | 75 |
| 493 | 04 Mar 2015 19:58:45 | Trigger | 5 | 26 | 75 |
| 494 | 04 Mar 2015 19:58:57 | Trigger | 3 | 27 | 74 |
| 495 | 09 Mar 2015 23:39:27 | Trigger | 1 | 24 | 74 |
| 496 | 10 Mar 2015 04:32:40 | Trigger | 1 | 25 | 74 |
| 497 | 14 Mar 2015 19:06:23 | Trigger | 1 | 25 | 74 |
| 498 | 14 Mar 2015 19:06:24 | Trigger | 1 | 25 | 74 |
| 499 | 14 Mar 2015 19:06:25 | Trigger | 1 | 25 | 74 |
| 500 | 14 Mar 2015 19:06:25 | Trigger | 1 | 25 | 74 |
| 501 | 14 Mar 2015 19:06:26 | Trigger | 1 | 25 | 73 |
| 502 | 14 Mar 2015 19:06:27 | Trigger | 1 | 25 | 73 |
| 503 | 14 Mar 2015 19:06:28 | Trigger | 1 | 25 | 73 |
| 504 | 14 Mar 2015 19:06:30 | Trigger | 1 | 25 | 73 |
| 505 | 14 Mar 2015 19:06:31 | Trigger | 1 | 25 | 73 |
| 506 | 14 Mar 2015 19:06:31 | Trigger | 1 | 26 | 73 |
| 507 | 14 Mar 2015 19:06:32 | Trigger | 1 | 25 | 73 |
| 508 | 14 Mar 2015 19:06:33 | Trigger | 1 | 26 | 73 |
| 509 | 14 Mar 2015 19:06:33 | Trigger | 1 | 25 | 73 |
| 510 | 14 Mar 2015 19:06:34 | Trigger | 1 | 26 | 73 |
| 511 | 14 Mar 2015 19:06:34 | Trigger | 1 | 25 | 73 |
| 512 | 14 Mar 2015 19:06:35 | Trigger | 1 | 25 | 73 |
| 513 | 14 Mar 2015 19:06:35 | Trigger | 1 | 25 | 73 |
| 514 | 14 Mar 2015 19:06:36 | Trigger | 1 | 26 | 72 |
| 515 | 14 Mar 2015 19:06:37 | Trigger | 1 | 25 | 72 |
| 516 | 14 Mar 2015 19:06:37 | Trigger | 1 | 26 | 72 |
| 517 | 14 Mar 2015 19:06:38 | Trigger | 1 | 25 | 72 |
| 518 | 14 Mar 2015 19:06:38 | Trigger | 1 | 25 | 72 |
| 519 | 14 Mar 2015 19:06:39 | Trigger | 1 | 26 | 72 |
| 520 | 14 Mar 2015 19:06:40 | Trigger | 1 | 26 | 72 |
| 521 | 14 Mar 2015 19:06:40 | Trigger | 1 | 26 | 72 |
| 522 | 14 Mar 2015 19:06:41 | Trigger | 1 | 26 | 72 |
| 523 | 14 Mar 2015 19:06:41 | Trigger | 1 | 26 | 72 |
| 524 | 14 Mar 2015 19:06:44 | Trigger | 1 | 26 | 72 |
| 525 | 14 Mar 2015 19:06:44 | Trigger | 1 | 26 | 72 |
| 526 | 14 Mar 2015 19:06:45 | Trigger | 1 | 26 | 72 |

FILED
NOV 0 7 2016
Jimon Barksdale
Circuit Clerk

Page 12 of 14

MSAG0494

| Seq # | Local Time [DD:MM:YYYY hh:mm:ss] | Event [Event Type] | Duration [Seconds] | Temp [Degrees Celsius] | Batt Remaining [%] |
|---|---|---|---|---|---|
| 527 | 14 Mar 2015 19:06:46 | Trigger | 1 | 25 | 71 |
| 528 | 14 Mar 2015 19:06:46 | Trigger | 1 | 26 | 71 |
| 529 | 14 Mar 2015 19:06:47 | Trigger | 1 | 26 | 71 |
| 530 | 14 Mar 2015 19:06:48 | Trigger | 1 | 26 | 71 |
| 531 | 14 Mar 2015 19:06:48 | Trigger | 1 | 26 | 71 |
| 532 | 14 Mar 2015 19:06:49 | Trigger | 1 | 26 | 71 |
| 533 | 14 Mar 2015 19:06:50 | Trigger | 1 | 26 | 71 |
| 534 | 14 Mar 2015 19:06:50 | Trigger | 1 | 26 | 71 |
| 535 | 14 Mar 2015 19:06:51 | Trigger | 1 | 26 | 71 |
| 536 | 14 Mar 2015 19:06:51 | Trigger | 1 | 26 | 71 |
| 537 | 14 Mar 2015 19:06:52 | Trigger | 1 | 26 | 71 |
| 538 | 14 Mar 2015 19:06:52 | Trigger | 1 | 26 | 71 |
| 539 | 14 Mar 2015 19:06:53 | Trigger | 1 | 26 | 71 |
| 540 | 14 Mar 2015 19:06:54 | Trigger | 1 | 26 | 70 |
| 541 | 14 Mar 2015 19:06:54 | Trigger | 1 | 26 | 70 |
| 542 | 14 Mar 2015 19:06:55 | Trigger | 1 | 26 | 70 |
| 543 | 14 Mar 2015 19:06:55 | Trigger | 1 | 26 | 70 |
| 544 | 14 Mar 2015 19:06:56 | Trigger | 1 | 26 | 70 |
| 545 | 14 Mar 2015 19:06:58 | Trigger | 1 | 26 | 70 |
| 546 | 14 Mar 2015 19:06:59 | Trigger | 1 | 26 | 70 |
| 547 | 14 Mar 2015 19:07:00 | Trigger | 1 | 26 | 70 |
| 548 | 14 Mar 2015 19:07:00 | Trigger | 1 | 26 | 70 |
| 549 | 14 Mar 2015 19:07:01 | Trigger | 1 | 26 | 70 |
| 550 | 14 Mar 2015 19:07:02 | Trigger | 1 | 26 | 70 |
| 551 | 14 Mar 2015 19:07:03 | Trigger | 1 | 26 | 70 |
| 552 | 14 Mar 2015 19:07:06 | Trigger | 1 | 26 | 70 |
| 553 | 14 Mar 2015 19:07:06 | Trigger | 1 | 26 | 69 |
| 554 | 14 Mar 2015 19:07:07 | Trigger | 1 | 27 | 69 |
| 555 | 14 Mar 2015 19:07:08 | Trigger | 1 | 27 | 69 |
| 556 | 14 Mar 2015 19:07:08 | Trigger | 1 | 27 | 69 |
| 557 | 14 Mar 2015 19:07:09 | Trigger | 1 | 27 | 69 |
| 558 | 14 Mar 2015 19:07:09 | Trigger | 1 | 27 | 69 |
| 559 | 14 Mar 2015 19:07:10 | Trigger | 1 | 26 | 69 |
| 560 | 14 Mar 2015 19:07:10 | Trigger | 1 | 27 | 69 |
| 561 | 14 Mar 2015 19:07:11 | Trigger | 1 | 27 | 69 |
| 562 | 14 Mar 2015 19:07:12 | Trigger | 1 | 27 | 69 |
| 563 | 20 Mar 2015 19:57:06 | Trigger | 2 | 26 | 68 |
| 564 | 24 Mar 2015 00:39:32 | Trigger | 1 | 21 | 68 |
| 565 | 24 Mar 2015 00:39:53 | Trigger | 1 | 22 | 68 |
| 566 | 28 Mar 2015 17:32:54 | Trigger | 1 | 19 | 68 |
| 567 | 11 Apr 2015 03:30:57 | Trigger | 3 | 27 | 67 |
| 568 | 01 May 2015 02:56:57 | Trigger | 5 | 27 | 67 |
| 569 | 06 May 2015 14:32:55 | Trigger | 5 | 30 | 66 |
| 570 | 07 May 2015 00:29:20 | Trigger | 5 | 25 | 66 |
| 571 | 07 May 2015 00:29:24 | Trigger | 4 | 25 | 65 |

FILED
NOV 0 7 2016
Jenny Barksdale
Circuit Clerk

| Seq # | Local Time (DD:MM:YYYY hh:mm:ss) | Event [Event Type] | Duration [Seconds] | Temp [Degrees Celcius] | Batt Remaining [%] |
|---|---|---|---|---|---|
| 572 | 08 May 2015 16:05:35 | Trigger | 2 | 32 | 65 |
| 573 | 29 May 2015 18:45:51 | Trigger | 1 | 29 | 64 |
| 574 | 30 May 2015 13:59:03 | Trigger | 2 | 23 | 64 |
| 575 | 12 Jun 2015 02:10:46 | Trigger | 4 | 28 | 62 |
| 576 | 12 Jun 2015 02:10:53 | Trigger | 1 | 28 | 61 |
| 577 | 17 Jun 2015 19:40:09 | Trigger | 1 | 30 | 61 |
| 578 | 28 Jun 2015 03:05:00 | Trigger | 5 | 27 | 60 |
| 579 | 22 Jul 2015 16:47:31 | Trigger | 5 | 27 | 58 |
| 580 | 24 Jul 2015 15:02:11 | Trigger | 1 | 31 | 58 |
| 581 | 30 Jul 2015 01:10:14 | Trigger | 5 | 28 | 57 |
| 582 | 01 Aug 2015 01:37:57 | Trigger | 5 | 27 | 55 |
| 583 | 08 Aug 2015 19:49:00 | Trigger | 5 | 32 | 54 |
| 584 | 08 Aug 2015 19:49:16 | Trigger | 5 | 32 | 54 |
| 585 | 16 Aug 2015 15:50:11 | Trigger | 1 | 20 | 53 |
| 586 | 19 Aug 2015 18:35:30 | Trigger | 4 | 27 | 53 |
| 587 | 19 Aug 2015 18:35:38 | Trigger | 4 | 27 | 52 |
| 588 | 28 Aug 2015 03:06:55 | Trigger | 5 | 25 | 51 |
| 589 | 03 Sep 2015 02:38:25 | Trigger | 1 | 33 | 51 |
| 590 | 01 Oct 2015 22:47:02 | Trigger | 1 | 23 | 48 |
| 591 | 16 Oct 2015 22:49:12 | Trigger | 5 | 28 | 48 |
| 592 | 26 Oct 2015 11:33:41 | Sync | 26 Oct 2015 12:12:55 to 26 Oct 2015 11:33:41 | | |



FILED
NOV 0 7 2016
Jensen Barksdale
Circuit Clerk

Page 14 of 14

MSAG0496