EXHIBIT 1

# MISSISSIPPI STATE DEPARTMENT OF HEALTH
## VITAL RECORDS



12340857

**CERTIFICATE OF DEATH**
STATE OF MISSISSIPPI

FILING DATE: MAR 18 2016
STATE FILE NUMBER: 123- 2015-180965

**DECEDENT'S LEGAL NAME:** Ricky Javonta Ball
**SEX:** Male
**HOUR OF DEATH:** 11:12 p.m.
**DATE OF DEATH:** October 16, 2015

**RACE:** Black or African American

**AGE AT LAST BIRTHDAY:** 26 Years
**DATE OF BIRTH:** December 3, 1988
**BIRTH PLACE:** Mississippi

**PLACE OF DEATH:** Death occurred somewhere other than a hospital
**FACILITY NAME:** BMHGT 44G
**CITY, TOWN OR LOCATION OF DEATH:** Columbus
**ZIP CODE:** 39705
**COUNTY OF DEATH:** Lowndes

**DECEDENT'S EDUCATION:** High school graduate or GED completed

**MARITAL STATUS AT TIME OF DEATH:** Never married
**WAS DECEASED EVER IN U.S. ARMED FORCES:** NO

**DECEDENT OF HISPANIC ORIGIN:** No, not Spanish/Hispanic/Latino

**SOCIAL SECURITY NUMBER:** None
**USUAL OCCUPATION:** None
**KIND OF BUSINESS OR INDUSTRY:** None

**RESIDENCE - STATE:** Mississippi
**COUNTY:** Lowndes
**CITY OR TOWN:** Columbus
**ZIP CODE:** 39701
**STREET AND NUMBER:** 1418 8th Avenue North
**INSIDE CITY LIMITS:** Yes

**FATHER'S NAME:** Rickey Edwards Martin
**MOTHER'S NAME PRIOR TO FIRST MARRIAGE:** Angela Ball

**INFORMANT - NAME:** Angela Culp
**RELATIONSHIP TO DECEDENT:** Mother
**MAILING ADDRESS:** 2080 Sharon Lane Memphis, TN 38128

**DISPOSITION OF BODY:** Burial
**CEMETERY/CREMATORY - NAME:** Union Cemetery
**LOCATION (City and State):** Columbus, MS

**FUNERAL HOME:** Carter's Funeral Home 44C
**FUNERAL HOME LICENSE:** FE-206
**MAILING ADDRESS:** P.O. Box 1441 Columbus, MS 39701

**PERSON WHO PRONOUNCED DEATH:** Dr. Thomas Aycock
**PRONOUNCED DEAD (Month, Day, Year):** October 16, 2016
**AT:** 11:12 p.m.

**NAME OF CERTIFYING PHYSICIAN OR CORONER:** Greg Merchant
**MAILING ADDRESS:** P.O. Box 2342 Columbus, Ms 39704

Lowndes County Coroner
**DATE SIGNED:** March 14, 2016

**CAUSE OF DEATH PART I:**
- **IMMEDIATE CAUSE:** Cardiopulmonary Arrest
- **DUE TO:** Multiple Gunshot Wounds

**AUTOPSY:** Yes
**AUTOPSY FINDINGS AVAILABLE:** Yes
**WAS CASE REFERRED TO MEDICAL EXAMINER:** Yes

**DID TOBACCO USE CONTRIBUTE TO DEATH:** No

**MANNER OF DEATH:** Homicide
**DATE OF INJURY:** 10/16/15
**TIME OF INJURY:** 18:00 p.m.
**DESCRIBE HOW INJURY OCCURRED:** Shot By Police During Altercation

**INJURY AT WORK:** No
**PLACE OF INJURY:** City Street
**LOCATION:** 1500 Block 22nd St. North Columbus, Ms Lowndes

ABOVE IS A TRUE AND CORRECT COPY OF THE CERTIFICATE ON FILE IN THIS OFFICE


EXHIBIT 1

11/14/2016 Judy Moulder
Judy Moulder
STATE REGISTRAR

ALTERATION OF THIS DOCUMENT RENDERS IT VOID AND INVALID. DO NOT ACCEPT UNLESS EMBOSSED SEAL OF THE MISSISSIPPI STATE BOARD OF HEALTH IS PRESENT. IT IS ILLEGAL TO ALTER OR COUNTERFEIT THIS DOCUMENT

VERIFY PRESENCE OF WATERMARK — HOLD TO LIGHT TO VIEW


