IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
ABERDEEN DIVISION

PAUL N. ROYAL, as Administrator
*Ad Litem* for the Estate of Ricky Javentia
Ball, Deceased, and on Behalf of All
Wrongful Death Beneficiaries                                                         PLAINTIFF

v.                                                      CIVIL ACTION NO. 1:16-cv-00176-GHD-RP

CANYON BOYKIN, JOHNNY BRANCH,
YOLANDA YOUNG, and GARRETT MITTAN,
Individually and in Their Official Capacities as
Officers of the Columbus Police Department;
TONY CARLETON, Individually and in His
Official Capacity as the Chief of Police of the
Columbus Police Department; and
CITY OF COLUMBUS, MISSISSIPPI                                    DEFENDANTS

## ORDER DENYING DEFENDANTS' MOTION TO DISMISS

Pursuant to an opinion issued this day, the Court ORDERS that Defendant Canyon Boykin's motion to dismiss [97] which the other Defendants have joined [109, 111] is DENIED.

SO ORDERED, this, the 25th day of September, 2017.

                                                                                    SENIOR U.S. DISTRICT JUDGE