IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
ABERDEEN DIVISION

PAUL N. ROYAL as Administrator *Ad Litem* for the Estate of
RICKY JAVENTIA BALL, Deceased, and on behalf of All
Wronful Death Beneficiaries,

    Plaintiff,

vs.                                                          Docket No.: 1:16cv176-GHD-SAA
**JURY DEMANDED**

CANYON BOYKIN, Individually and
in his Official Capacity as an Offier of the
Columbus Police Department;
JOHNNY BRANCH, Individually and
in his Official Capacity as an Officer of the
Columbus Police Department;
YOLANDA YOUNG, Individually and in
her Official Capacity as an Officer of the
Columbus Police Department;
GARRETT MITTAN, Individually and in
his Official Capacity as an Officer of the
Columbus Police Department;
JOHN DOES I-X, Individually and in
their Official Capacity as an Officer of the
Columbus Police Department;
TONY CARLETON, Individually and in
his Official Capacity as an Officer of the
Columbus Police Department;
CITY OF COLUMBUS, MISSISSIPPI,

    Defendants

**MOTION TO WITHDRAW DEFENDANTS JOHNNY BRANCH'S, YOLANDA
YOUNG'S AND GARRETT MITTAN'S MOTION FOR SUMMARY JUDGMENT
BASED ON QUALIFIED IMMUNITY**

    COME NOW, Defendants, Johnny Branch, Yolanda Young and Garrett Mittan

("Defendants" or "these Defendants"), by and through Counsel, and file this their Motion to

1

Withdraw the Motion for Summary Judgment Based on Qualified Immunity [ECF Nos. 126 and 127], and in support would show unto the Court the following, to-wit:

1. On October 6, 2017, these Defendants filed a Motion for Summary Judgment Based on Qualified Immunity along with Exhibits [ECF No. 126] and an accompanying Memorandum of Law in Support [ECF No. 127].

2. Due to the brevity of this Motion, these Defendants request that the briefing requirement be waived; however, if the Court desires a Brief, counsel for these Defendants will provide one.

This the 12th day of October, 2017.

                                          Respectfully submitted,

                                          */s/ James C. Griffin*
                                          J. Richard Barry (MS Bar No. 2077)
                                          James C. "Cory" Griffin (MS Bar No. 104566)
                                          BARRY THAGGARD MAY & BAILEY, LLP
                                          P. O. Box 2009
                                          Meridian, MS 39302-2009
                                          601-693-2393 (tel)
                                          601-482-7855 (fax)
                                          barry@btmblaw.com
                                          griffin@btmblaw.com

## **CERTIFICATE OF SERVICE**

I hereby certify that I electronically filed the foregoing document with the Clerk of the Court using the ECF system which sent notification of such filing to the following:

Andrew C. Clarke
6250 Poplar Avenue, Second Floor
Memphis, TN 38119
aclarke@accfirm.com

      Attorney for Paul N. Royal

Katherine S. Kerby
KERBY LAW FIRM, LLC
P. O. Box 551
Columbus, MS 39703-0551
ksearcyk@bellsouth.net

      Attorney for City of Columbus, Mississippi

Jeffery P. Reynolds
P. O. Box 24597
Jackson, MS 39225
jeff@jprpa.com

      Attorney for Canyon Boykin

Derrick T. Simmons
Errick D. Simmons
SIMMONS & SIMMONS, PLLC
P. O. Box 1854
Greenville, MS 38702
dsimmons1911@hotmail.com
edsimmons@simmonspllc.com

      Attorneys for Paul N. Royal

This the 12th day of October, 2017.

      */s/ James C. Griffin*
      James C. Griffin (MS Bar No. 104566)
      BARRY THAGGARD MAY & BAILEY, LLP
      P. O. Box 2009
      Meridian, MS 39302-2009
      601-693-2393 (tel)
      601-482-7855 (fax)
      griffin@btmblaw.com