**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
ABERDEEN DIVISION**

PAUL N. ROYAL as Administrator *ad Litem* for the
Estate of RICKY JAVENTIA BALL, Deceased,

    Plaintiff,

vs.                                                    Docket No.:  1:16CV176 – GHD-RP

CANYON BOYKIN, Individually and
in his Official Capacity as an Officer of the
Columbus Police Department;
JOHNNY BRANCH, Individually and
in his Official Capacity as an Officer of the
Columbus Police Department;
YOLANDA YOUNG, Individually and
in her Official Capacity as an Officer of the
Columbus Police Department;
GARRETT MITTAN, Individually and in
His Official Capacity as an Officer of the
Columbus Police Department;
JOHN DOES I-X, Individually and
in their Official Capacity as Officers of the
Columbus Police Department;
TONY CARLETON, Individually and
in his Official Capacity as Chief of Police of
the Columbus Police Department;
CITY OF COLUMBUS, MISSISSIPPI,

    Defendants.

**JOINT STIPLULATION OF DISMISSAL WITH PREJUDICE AS TO DEFENDANTS
BRANCH, YOUNG & MITTAN IN THEIR INDIVIDUAL AND OFFICIAL CAPACITY
.**

COMES NOW, the Parties in this case, Plaintiff, Defendants Branch, Young & Mittan, in their individual capacities and official capacities, Defendant Boykin, in his individual capacity and official capacity, Defendant Carleton, in his individual capacity and official capacity, Defendant City of Columbus, by and through counsel and pursuant to Federal Rule of Civil Procedure 41(a), and hereby inform the Court that the Plaintiff wishes to dismiss all claims

1

against Defendants Branch, Young & Mittan, in their individual and official capacity, with prejudice, with Plaintiff and Defendants Branch, Mittan & Young to each bear their own costs and attorney fees. As a further condition of this Joint Stipulation, Plaintiff and Defendants Branch & Mittan have agreed to appear for deposition and/or trial without the necessity of a subpoena at a mutually agreeable time and/or upon service of a subpoena on their counsel for record in this case. As a further condition of this Joint Stipulation, Counsel for Defendant Young has agreed to use their best efforts to speak with Defendant Young and have her agree to appear at deposition and/or trial without the necessity of the subpoena at a mutually agreeable time and/or agree to be authorized to accept a subpoena on her behalf. In the event, that Counsel for Defendant Young cannot communicate with Defendant Young, Counsel for Defendant Young agrees to provide Plaintiff's Counsel with Defendant Young's last known address and telephone number to allow Plaintiff to locate Defendant Young.

Plaintiff's claims against Defendant Boykin, in his individual and official capacity, Defendant Carleton, in his individual and official capacity and City of Columbus remain for adjudication and will not be affected by this stipulation of dismissal.

WHEREFORE, PREMISES CONSIDERED, the Parties hereby agree that the Plaintiff's claims against Defendants Branch, Mittan & Young, in their individual capacity and official capacity, shall be dismissed with prejudice, with Plaintiffs and Defendants Branch, Mittan & Young to bear their own costs and attorney fees, with the further stipulations set forth above regarding the depositions and/or trial testimony of Defendants' Branch, Mittan & Young in this case.

        Respectfully submitted,

        By:    */s/ Andrew C. Clarke*
        ANDREW C. CLARKE (9491)

6250 Poplar Avenue, Second Floor
Memphis, TN 38119
(901) 590-0761 (Telephone)
aclarke@accfirm.com
*Counsel for Plaintiff*

By: */s/ Danese K. Banks*
DANESE K. BANKS (TNBPR No. 17705)
THE COCHRAN FIRM MEMPHIS
One Commerce Square, Suite 1700
Memphis, TN 38103
(901) 523-1222 (Telephone)
(901) 523-1999 (Facsimile)
dbanks@cochranfirm.com
*Counsel for Plaintiff*


By: /s/ Errick D. Simmons
Errick D. Simmons
P. O. Box 1854
Greenville, Mississippi 38702
edsimmons@simmonspllc.com
*Counsel for the Plaintiff*

By: /s/ Katherine S. Kerby
Katherine S. Kerby, Esq. (3554)
KERBY LAW FIRM, LLC
P. O. Box 551
Columbus, Mississippi 39703 ksearcyk@bellsouth.net
*Counsel for the City of Columbus and Chief Carleton*

By: /s/ Zach Bonner
Zach Bonner, Esq.
MCCRANEY MONTAGNET QUIN & NOBLE, PLLC
602 Steed Road, Suite 200
Ridgeland, Mississippi 39157-9428
zbonner@mmqnlaw.com
*Counsel for Young, Branch and Mittan*

By: /s/ J. Richard Barry
J. Richard Barry, Esq. (2077)
BARRY THAGGARD MAY & BAILEY, LLP
505 Construction Ave.
Meridian, MS 39301
barry@btmblaw.com
*Counsel for Defendants Young, Branch and Mittan*

3

By: /s/ James C. "Cory" Griffin
James C. "Cory" Griffin, Esq. (104566)
BARRY THAGGARD MAY & BAILEY, LLP
505 Construction Ave.
Meridian, MS 39301
barry@btmblaw.com
*Counsel for Defendants Young, Branch and Mittan*

By: /s/ Jeff Reynolds
Jeff Reynolds (5305)
Jeffery P. Reynolds, P.A.
P. O. Box 24597
Jackson, Mississippi 39225
*Counsel for Officer Boykin*

CERTIFICATE OF SERVICE

I, James C. "Cory" Griffin, do hereby certify that I have this date served the following with a copy of the following has been served on all counsel of record pursuant to the Court ECF filing system, including:

Katherine S. Kerby, Esq.
KERBY LAW FIRM, LLC
P. O. Box 551
Columbus, Mississippi 39703
ksearcyk@bellsouth.net
*Counsel for the City of Columbus and Chief Carleton*

Zach Bonner, Esq.
MCCRANEY MONTAGNET QUIN & NOBLE, PLLC
602 Steed Road, Suite 200
Ridgeland, Mississippi 39157-9428
zbonner@mmqnlaw.com
*Counsel for Officer Young, Officer Branch and Officer Mittan*

Sean Guy, Esq.
MCCRANEY MONTAGNET QUIN & NOBLE, PLLC
602 Steed Road, Suite 200
Ridgeland, Mississippi 39157-9428
sguy@mmqnlaw.com
*Counsel for Officer Young, Officer Branch and Officer Mittan*

J. Richard Barry, Esq.
BARRY THAGGARD MAY & BAILEY, LLP
505 Construction Ave.
Meridian, MS 39301 barry@btmblaw.com
*Counsel for Officer Young, Officer Branch and Officer Mittan*

4

Jeff Reynolds
Jeffery P. Reynolds, P.A.
P. O. Box 24597
Jackson, Mississippi 39225
*Counsel for Officer Boykin*

    THIS, the 16th day of October, 2017.

                                                    ___/s/ James C. "Cory" Griffin_____
                                                    James C. "Cory" Griffin