IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
ABERDEEN DIVISION

PAUL N. ROYAL, as Administrator *Ad Litem*
For the Estate of RICKY JAVENTIA BALL, Deceased,
and on behalf of All Wrongful Death Beneficiaries          PLAINTIFF

v.                                CIVIL ACTION NO. 1:16CV176-GHD-RP

CANYON BOYKIN, *et al.*                                    DEFENDANTS

___

**OFFICER CANYON BOYKIN'S OBJECTION TO PAYMENT OF ANY
AMOUNT OF MONEY ON HIS BEHALF AT THE UPCOMING SETTLEMENT
CONFERENCE TO SETTLE THE FALSE CLAIMS AGAINST HIM**

___

COMES NOW Officer Canyon Boykin, one of the Defendants herein, and would state as follows:

1. Officer Boykin has been falsely accused in this case of the wrongful death of Mr. Ricky Ball. Officer Boykin shot Mr. Ball in self-defense when Mr. Ball slowed and turned back towards Officer Boykin with a pistol in his right hand as if to shoot Officer Boykin.

2. There is also a companion criminal case pending against Officer Boykin in which he has been wrongfully charged with manslaughter.

3. The shooting incident that this case is about has been extensively covered by the local and national media.

4. Officer Boykin previously agreed to two very small settlement offers made on behalf of all of the Defendants in this case because the Court's Order required the parties to make two settlement offers before the upcoming settlement conference. Both of those offers were rejected by the Plaintiff.

4. Payment of any significant amount of money to the Plaintiff on Officer Boykin's behalf could very well have an adverse effect on the jury pool for his criminal case. The press interpretation and tone of coverage would likely cause members of the jury pool to mistakenly believe that, because Mr. Ball's heir recovered a significant amount of money in the civil case from Officer Boykin, then Officer Boykin must be guilty. Officer Boykin is obviously innocent of these false charges, and any significant settlement purportedly paid on his behalf would interfere with his constitutional rights to have a fair and impartial jury in his criminal case, free of avoidable adverse pre-trial publicity.

WHEREFORE, PREMISES CONSIDERED Officer Boykin hereby objects to the settlement of the claims against him in this lawsuit for the reasons stated. Officer Boykin does not object should the other Defendants decide, because of the Plaintiff's allegations against them, that it is in their best interest to settle the case as long as the settlement release does not include Officer Boykin and no money is paid on his behalf.

Respectfully submitted, this the 28th day of August, 2018.

OFFICER CANYON S. BOYKIN

*/s/ Jeffery P. Reynolds*
Jeffery P. Reynolds, MSB No. 5305
Patricia E. Herlihy, MSB No. 9368
*Jeffery P. Reynolds, P.A.*
188 E. Capitol Street, Suite 1360 (39201)
Post Office Box 24597
Jackson, Mississippi 39225
Telephone: 601.355.7773
Facsimile: 601.355.6364
jeff@jprpa.com
patricia@jprpa.com

## CERTIFICATE OF SERVICE

      I hereby certify that on this day I electronically filed the foregoing pleading or other paper with the Clerk of the Court using the ECF system which sent notification of such filing to the following:

    Andrew C. Clarke, Esq.
    LAW OFFICE OF ANDREW C. CLARKE
    6250 Poplar Avenue, 2nd Floor
    Memphis, Tennessee 38119
    aclarke@accfirm.com

    Derrick T. Simmons, Esq.
    Errick D. Simmons, Esq.
    SIMMONS & SIMMONS LAW FIRM
    Post Office Box 1854
    Greenville, Mississippi 38702
    dsimmons1911@hotmail.com
    edsimmons@simmonspllc.com

    Howard B. Mannis, Esq.
    THE COCHRAN FIRM MEMPHIS
    One Commerce Square, Suite 1700
    Memphis, Tennessee 38103
    hmanis@cochranfirm.com

        *Counsel for the Plaintiff*

    Katherine S. Kerby, Esq.
    KERBY LAW FIRM, LLC
    Post Office Box 551
    Columbus, Mississippi 39703
    ksearcyk@bellsouth.net

        *Counsel for the City of Columbus and Chief Tony Carleton*

This the 28th day of August 2018.

                                          */s/ Jeffery P. Reynolds*
                                          Jeffery P. Reynolds