UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
ABERDEEN DIVISION

CIVIL MINUTES

Case No 1:16CV176-GHD-RP          Held:  OXFORD
Style:  PAUL N. ROYAL  V. CANYON BOYKIN, ET AL
Date/Time Began 08/30/18 at 10:00 a.m.   Date/Time Ended:  08/30/18 at 2:00 p.m.

  Total Time:  4 hours

PRESENT:  Honorable **ROY PERCY, MAGISTRATE JUDGE**

_____          _____
  Deputy Clerk                      Court Reporter

Attorneys for Plaintiff(s):        Attorneys for Defendant(s):
Andrew C. Clarke                   Jeffery P. Reynolds
Errick D. Simmons                  Katherine S. Kerby

PROCEEDINGS: Settlement Conference
Held    X    Not Held_____  Canceled _____  Reset _____

Docket Entry:

Conference held.  Case did not settle.


                                        DAVID CREWS, CLERK

                                          /s/ Rebekah Capps
                                    By:_____
                                          Courtroom Clerk