# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF MISSISSIPPI
# ABERDEEN DIVISION

PAUL N. ROYAL as Administrator *Ad Litem* For the
Estate of RICKY JAVENTIA BALL, Deceased,          PLAINTIFF
and on behalf of All Wrongful Death Beneficiaries

vs.                                              Docket No.: 1:16CV176-GHD-RP

CANYON BOYKIN, Individually and
in his Official Capacity as an Officer of the
Columbus Police Department;
TONY CARLETON, Individually and
in his Official Capacity as Chief of Police of
the Columbus Police Department;
CITY OF COLUMBUS, MISSISSIPPI          DEFENDANTS

## F.R.C.P. 41(2) Unopposed Motion for Dismissal of Individual Defendant Tony Carleton

COMES NOW the Plaintiff, by and though his counsel of record and pursuant to F.R.C.P. 41(2), and moves this Honorable Court to dismiss Tony Carleton from this cause with prejudice, with each side bearing their own costs and attorney fees. By their signature below, Defendants do not oppose this Motion for Dismissal of the claims against Individual Defendant Tony Carleton.

**This motion is not opposed:**

/*s/Katherine S. Kerby*. MSB#3584
Katherine S. Kerby
Attorney for Tony Carleton
and the City of Columbus, Mississippi

/*s/Jeffery P. Reynolds*. MSB# 53051
Jeffery P. Reynolds
Attorney for Canyon Boykin

Respectfully submitted,

By:    */s/ Andrew C. Clarke*
ANDREW C. CLARKE (TNBPR No. 15409)
6250 Poplar Avenue, Second Floor
Memphis, TN 38119
(901) 590-0761 (Telephone)
aclarke@accfirm.com

## CERTIFICATE OF SERVICE

I, Andrew C. Clarke, do hereby certify that I have this date served the following with a copy of the foregoing had been served to all counsel of record via email on this the 26th day of September, 2018:

Errick D. Simmons, Esq.
P. O. Box 1854
Greenville, Mississippi 38702
edsimmons@simmonspllc.com
*Counsel for the Plaintiff*

Howard Manis, Esq.
THE COCHRAN FIRM MEMPHIS
One Commerce Square, Suite 1700
Memphis, TN 38103
dbanks@cochranfirm.com
*Counsel for Plaintiff (PHV Contingent)*

Katherine S. Kerby, Esq.
KERBY LAW FIRM, LLC
P. O. Box 551
Columbus, Mississippi 39703
ksearcyk@bellsouth.net
*Counsel for the City of Columbus and Chief Carleton*

Jeffery P. Reynolds, Esq.
Jeffery P. Reynolds, P.A.
P. O. Box 24597
Jackson, Mississippi 39225
jeff@jprpa.com
*Counsel for Officer Boykin*

    S/ Andrew C. Clarke
ANDREW C. CLARKE