# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF MISSISSIPPI
# ABERDEEN DIVISION

| | |
|---|---|
| PAUL N. ROYAL as Administrator *Ad Litem* For the Estate of RICKY JAVENTIA BALL, Deceased and on behalf of All Wrongful Death Beneficiaries | PLAINTIFF |
| vs. | Docket No.: 1:16CV176-GHD-RP |
| CANYON BOYKIN, Individually and in his Official Capacity as an Officer of the Columbus Police Department; TONY CARLETON, Individually and in his Official Capacity as Chief of Police of the Columbus Police Department; CITY OF COLUMBUS, MISSISSIPPI | DEFENDANTS |

### F.R.C.P. 41(2) Order of Dismissal of Individual Defendant Canyon Boykin

Upon Motion of the Plaintiff, Defendant Canyon Boykin is hereby dismissed from this cause as a Defendant pursuant to F.R.C.P. 41(2), with each side to bear their own costs and attorney fees. This dismissal is with prejudice.

SO ORDERED on this the 28 day of September, 2018.

_____
United States District Judge