IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
ABERDEEN DIVISION

PAUL N. ROYAL as Administrator *Ad Litem* For the
Estate of RICKY JAVENTIA BALL, Deceased                           PLAINTIFF
and on behalf of All Wrongful Death Beneficiaries

vs.                                                               Docket No.: 1:16CV176-GHD-RP

CANYON BOYKIN, Individually and
in his Official Capacity as an Officer of the
Columbus Police Department;
TONY CARLETON, Individually and
in his Official Capacity as Chief of Police of
the Columbus Police Department;
CITY OF COLUMBUS, MISSISSIPPI                                     DEFENDANTS

**F.R.C.P. 41(2) Order of Dismissal of Individual Defendant Tony Carleton**

Upon Motion of the Plaintiff, Defendant Toney Carleton is hereby dismissed from this cause as a Defendant pursuant to F.R.C.P. 41(2), with each side to bear their own costs and attorney fees. This dismissal is with prejudice.

SO ORDERED on this the 28 day of September, 2018.

_____
United States District Judge