IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF
MISSISSIPPI, ABERDEEN DIVISION

| | |
|---|---|
| Paul N. Royal as Administrator Ad Litem for the Estate of Ricky Javentia Ball, deceased, and on behalf of all wrongful death beneficiaries | PLAINTIFF |
| vs. | NO. 1:16cv176-GHD-RP |
| Canyon Boykin, et al | DEFENDANTS |

### Unopposed Motion for Dismissal

    Defendant City of Columbus, Mississippi moves that the remaining Defendant, all remaining claims, and this cause be dismissed with prejudice with each party responsible for paying their own fees and costs associated with this litigation. Plaintiff and Defendant City are the only remaining parties. Plaintiff is in agreement with this Motion and the dismissal with prejudice.

    So moved this the 9th day of October, 2018.

                                        City of Columbus, Mississippi, Defendant,

                                        /s/ *Katherine S. Kerby*

                                        Katherine S. Kerby, MSB # 3584

Agreed:
*/s/Andrew C. Clarke, Esq.*
Andrew C. Clarke, MS BAR #9491
Attorney for Plaintiff

# CERTIFICATE OF SERVICE

I, Katherine S. Kerby, attorney of record for Defendant City of Columbus, Mississippi do certify that I have this day caused to be served via the ECF system by filing the foregoing motion with the Clerk of the Court using the ECF System which transmitted notice of filing via the ECF system to the following: Andrew C. Clarke, Esq., Howard Manis, Esq., Errick D. Simmons, Esq., Derrick Simmons, Esq., Jeffery P. Reynolds, Esq., and Patricia Herlihy , Esq.

Certified, this the 9th day of October, 2018.

/ s/ *Katherine S. Kerby*

Of Counsel: Kerby Law Firm, LLC.
Post Office Box 551,  Columbus, MS 39703
Phone: 662-889-3733; Fax: 662-889-3733
e mail: ksearcyk@bellsouth.net