IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
ABERDEEN DIVISION

PAUL N. ROYAL as Administrator *ad Litem* for
the Estate of RICKY JAVENTIA BALL            PLAINTIFF

v.            Civil No.: 1:16-cv-00176-GHD-RP

CANYON BOYKIN, *et al.*            DEFENDANTS

## ORDER GRANTING MOTION FOR DISMISSAL

Defendant City of Columbus, Mississippi filed an unopposed Motion for Dismissal of this cause with prejudice. Plaintiff is the only other remaining party. Plaintiff agrees with the Motion. The City of Columbus, Mississippi, all claims, and this cause are hereby dismissed with prejudice with each party being responsible for paying their own fees and costs associated with this litigation.

SO ORDERED, this the *10* day of October, 2018.

_____
SENIOR U.S. DISTRICT JUDGE

/s/*Katherine S. Kerby*. MSB#3584
Katherine S. Kerby
Attorney for the City of Columbus, Mississippi

s/*Andrew C. Clarke*, Esq.
Andrew C. Clarke, MS BPR #9491
Attorney for Plaintiff